| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**Carrie J. Boyle, Esq.**<br>**Boyle & Valenti Law, P.C.**<br>**1940 Route 70 East, Suite 4**<br>**Cherry Hill, NJ 08003**<br>**(856) 499-3335 phone**<br>**(856) 499-3304 fax**<br>**cboyle@b-vlaw.com**<br>**Attorneys for the Debtor** | |
| In re:<br>    **Tonya L. Honey**<br>                **Debtor.** | Case No.: **23-18253**<br><br>Chapter: **13**<br><br>Hearing Date: **December 13, 2023**<br><br>Judge: **ABA** |

## CERTIFICATION OF SERVICE

1.  I, **Lisa Grigley**:

    ☐ represent ___ in the this matter.

    ☑ am the secretary/paralegal for **Carrie J. Boyle, Esq.**, who represents ___ in the this matter.

    ☐ am the ___ in the this case and am representing myself.

2.  On **November 22, 2023**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:
    - **Notice of Amendment to Schedule H and Confirmation Hearing**
    - **Notice of Chapter 13 Case**
    - **Chapter 13 Plan**
    - **Order Respecting Amendments**

3.  I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  **November 22, 2023**                                **/s/ Lisa Grigley**
                                                                                                    Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jaleel Taylor<br>3920 Amon Ave<br>Pennsauken, NJ 08110 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Tonya Honey<br>3920 Amon Ave<br>Pennsauken, NJ 08110 | Debtor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Andrew Finberg, Esq.<br>Standing Chapter 13 Trustee<br>535 Route 38, Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.