Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23−18253−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tonya L. Honey
   3920 Amon Ave
   Pennsauken, NJ 08110

Social Security No.:
   xxx−xx−2113

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 25, 2024.

Dated: January 25, 2024
JAN: cm

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Tonya L. Honey  
    Debtor

Case No. 23-18253-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Jan 25, 2024      Form ID: plncf13      Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tonya L. Honey, 3920 Amon Ave, Pennsauken, NJ 08110-3120 |
| cr | + | First Harvest Credit Union, 1615 Hurffville Road, PO Box 5530, Deptford, NJ 08096-0530 |
| 520030289 | + | Fedloan, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 520030290 |   | First Harvest Credit Union, 1617 Hurffville Road, Woodbury, NJ 08096 |
| 520089658 | + | Jaleel T. Taylor, 3920 Amon Avenue, Pennsauken, NJ 08110-3120 |
| 520090495 | + | Jaleel T. Taylor, 3920 Amon Avenue, Pennsauken, NJ 08110, Debtor's son 08110-3120 |
| 520030293 | + | Pennsauken Sewerage Authority, 1250 John Tipton Blvd., Pennsauken, NJ 08110-2322 |
| 520030294 | + | Pennsauken Tax Collector, 5605 N. Crescent Blvd., Pennsauken, NJ 08110-1834 |
| 520030295 | + | Pennsauken Water Commission, 6751 Westfield Ave, Pennsauken, NJ 08110-1519 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 25 2024 20:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 25 2024 20:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: courts@firstharvestcu.com | Jan 25 2024 20:59:00 | First Harvest Credit Union, 1615 Hurffville Road, PO Box 5530, Deptford, NJ 08096-0530 |
| 520067620 | | Email/PDF: bncnotices@becket-lee.com | Jan 25 2024 20:56:58 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520030282 | + | Email/PDF: bncnotices@becket-lee.com | Jan 25 2024 21:07:44 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 520030284 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 25 2024 20:57:26 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520056122 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 25 2024 20:56:58 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520030285 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 25 2024 20:59:00 | Dept of Ed/Nelnet, Attn: Bankruptcy Claims/Nelnet, Po Box 82505, Lincoln, NE 68501-2505 |
| 520030286 | + | Email/Text: dplbk@discover.com | Jan 25 2024 20:59:00 | Discover Personal Loans, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 520035560 | + | Email/Text: dplbk@discover.com | Jan 25 2024 20:59:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 520030287 | | Email/Text: bankruptcycourts@equifax.com | Jan 25 2024 20:58:00 | Equifax, Attn: Bankruptcy, P.O Box 740241, Atlanta, GA 30374 |
| 520030288 | ^ | MEBN | Jan 25 2024 20:49:06 | Experian, Attn: Bankrupty, P.O. Box 4500, Allen, TX 75013-1311 |

| | | | | |
|---|---|---|---|---|
| 520030291 | Email/Text: sbse.cio.bnc.mail@irs.gov | | Jan 25 2024 20:59:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520089400 | Email/Text: Bankruptcy.Notices@pnc.com | | Jan 25 2024 20:58:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 520090858 | Email/Text: Bankruptcy.Notices@pnc.com | | Jan 25 2024 20:58:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 520030296 | Email/Text: Bankruptcy.Notices@pnc.com | | Jan 25 2024 20:58:00 | PNC Bank, National Association, P.O Box 5570, Cleveland, OH 44101-0570 |
| 520030297 | Email/Text: Bankruptcy.Notices@pnc.com | | Jan 25 2024 20:58:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 520030283 | Email/Text: Bankruptcy.Notices@pnc.com | | Jan 25 2024 20:58:00 | BBVA, Attn: Bankruptcy, 5 South 20th St, Birmingham, AL 35233 |
| 520030292 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | Jan 25 2024 20:58:00 | New Jersey Division of Taxation, Compliance & Enforcement-Bankruptcy Unit, 50 Barrack Street, 9th Floor, Trenton, NJ 08695-0267 |
| 520097073 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 25 2024 20:57:13 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520030298 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 25 2024 21:07:57 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520030299 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 25 2024 20:56:56 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 520030300 | ^ | MEBN | Jan 25 2024 20:49:28 | TransUnion, Attn: Bankruptcy, P.O. Box 2000, Chester, PA 19016-2000 |
| 520030301 | Email/Text: bkfilings@zwickerpc.com | | Jan 25 2024 21:00:00 | Zwicker & Associates, P.C., 80 Minuteman Road, Andover, MA 01810-1008 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2024            Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2024 at the address(es) listed below:**

**Name**      **Email Address**

Andrew B Finberg

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 25, 2024 | Form ID: plncf13 | Total Noticed: 32 |

ecfmail@standingtrustee.com

Carrie J. Boyle

on behalf of Debtor Tonya L. Honey cboyle@b-vlaw.com
tking@b-vlaw.com;lgrigley@b-vlaw.com;carrie.boyle@comcast.net;jpryor@b-vlaw.com

Denise E. Carlon

on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Robert J. Malloy

on behalf of Creditor First Harvest Credit Union ecf@robmalloylaw.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5