Printed on: 12/31/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 23-18253 (ABA)

Tonya L. Honey  
3920 Amon Avenue  
Pennsauken, NJ  08110

Monthly Payment: $1,448.00  
Payments / Month: 1  
Current Trustee Comp.: 10.00%

**For the period of 01/01/2024 to 12/31/2024**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/02/2024 | $1,412.00 | 02/02/2024 | $1,448.00 | 03/04/2024 | $1,448.00 | 03/04/2024 | $1,448.00 |
| 03/21/2024 | $-1,448.00 | 04/08/2024 | $448.00 | 04/08/2024 | $1,000.00 | 05/07/2024 | $448.00 |
| 05/07/2024 | $1,000.00 | 06/05/2024 | $448.00 | 06/05/2024 | $1,000.00 | 07/09/2024 | $1,000.00 |
| 07/09/2024 | $448.00 | 08/07/2024 | $448.00 | 08/07/2024 | $1,000.00 | 09/05/2024 | $700.00 |
| 09/19/2024 | $748.00 | 10/02/2024 | $700.00 | 10/29/2024 | $748.00 | 11/04/2024 | $700.00 |
| 12/02/2024 | $748.00 | 12/04/2024 | $700.00 | 12/26/2024 | $748.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | TONYA L. HONEY | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | CARRIE J. BOYLE, ESQUIRE | 13 | $3,000.00 | $0.00 | $3,000.00 | $0.00 |
| 0 | CARRIE J. BOYLE, ESQUIRE | 13 | $2,445.00 | $2,445.00 | $0.00 | $0.00 |
| 1 | AMERICAN EXPRESS | 33 | $5,645.73 | $716.86 | $4,928.87 | $0.00 |
| 2 | BBVA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CAPITAL ONE, N.A. | 33 | $10,108.22 | $1,283.53 | $8,824.69 | $0.00 |
| 4 | DEPT OF ED/NELNET | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | DISCOVER PERSONAL LOANS | 33 | $33,178.16 | $4,212.92 | $28,965.24 | $0.00 |
| 6 | EQUIFAX | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | EXPERIAN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | FEDLOAN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | FIRST HARVEST CREDIT UNION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | INTERNAL REVENUE SERVICE | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | NEW JERSEY DIVISION OF TAXATION | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | PNC BANK, N.A. | 33 | $18,128.82 | $2,301.98 | $15,826.84 | $0.00 |
| 13 | PENNSAUKEN SEWERAGE AUTHORITY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | PENNSAUKEN TAX COLLECTOR | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | PENNSAUKEN WATER COMMISSION | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | PNC BANK, N.A. | 24 | $862.46 | $862.46 | $0.00 | $0.00 |
| 17 | SYNCHRONY BANK | 33 | $17,985.22 | $2,283.74 | $15,701.48 | $0.00 |
| 18 | SYNCHRONY BANK | 33 | $2,865.84 | $363.90 | $2,501.94 | $0.00 |
| 19 | TRANSUNION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | ZWICKER & ASSOCIATES, P.C. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | CARRIE J. BOYLE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 23 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 10/01/2023 | 3.00 | $0.00 |
| 01/01/2024 | Paid to Date | $5,648.00 |
| 02/01/2024 | 56.00 | $1,448.00 |
| 10/01/2028 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $17,340.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $4,976.40 |
| Arrearages: | $0.00 |
| Attorney: | CARRIE J. BOYLE, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**