B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In re  TONYA L HONEY                              ,          Case No.   1-23-BK-18253

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Resurgent Receivables LLC | SYNCHRONY BANK |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:   Resurgent Receivables LLC
PO Box 10587
Greenville SC 29603

Court Claim # (if known): _____8_____
Amount of Claim: _____17,985.22_____
Date Claim Filed: _____11/30/2023_____

Phone:   (877) 264-5884
Last Four Digits of Acct #: _____7438_____

Phone: _____
Last Four Digits of Acct. #: _____7438_____

Name and Address where transferee payments should be sent (if different from above):
Resurgent Capital Services
PO Box 10587
Greenville, SC  29603

Phone:   (877) 264-5884
Last Four Digits of Acct #: _____7438_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Helga Ridgeway                              Date:  3/3/2025
      Transferee/Transferee's Agent
      (877) 264-5884
      AskBk@Resurgent.com

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.