UNITED STATES BANKRUPTCY
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Judge: _____

Chapter: 13

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____ , creditor,

    A hearing has been scheduled for  1/20/2026_____, at   10:00 AM_____.

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☐ Certification of Default filed by _

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $3,449.84, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☐ Other **(explain your answer)**:

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 1/08/2026                                                                          _____
                                                                                                         Debtor's Signature

Date: _____                                                _____
                                                                                                         Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*

# EXHIBIT A

# EXHIBIT A



# Performance Checking x3896

## TRANSACTION DETAILS

**PNC MAKE A PMT LOAN PYMT ACH TEL x0005**

### -$862.46

Status: Posted
December 1, 2025
Balance: $2,288.54

Account: **Performance Checking x3896**



ACCOUNT ENDING  0005
DATE  12/31/2025

TONYA HONEY
3920 AMON AVE
PENNSAUKEN, NJ 08110

**A one-time electronic payment was processed at your request.**

| | |
|---|---|
| **Here's what happened:** | You authorized PNC Bank to debit your checking or savings account on Dec 31 2025 to make a payment to the PNC account ending in 0005. |
| **Here are the details of your payment:** | **Payment Amount:** $2,587.38<br>**Payment Date:** December 31, 2025<br>**Checking or Savings Account Number:** 3896<br>**Bank Routing Number:** 031207607<br>**PNC Confirmation Number:** 8264891391 |
| **Here's what you can expect:** | The electronic debit to your checking or savings account will occur on or after the Payment Date. Your one-time payment will be effective on the Payment Date. Payments made after 08:00 PM ET will be applied as of the next business day. Please keep this notice with your records as documentation of this payment.<br><br>If you have questions about your payment or if you want to submit a request to cancel your payment, you may call us at 800-544-3623. Your request to cancel a payment must be received by 08:00 PM ET on the Payment Date. |