| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Carrie J. Boyle, Esq.<br>**Boyle & Valenti Law, P.C.**<br>1940 Route 70 East, Suite 4<br>Cherry Hill, NJ 08003<br>(856) 499-3335 phone<br>(856) 499-3304 fax<br>cboyle@b-vlaw.com<br>*Attorneys for the Debtor* | |
|---|---|
| In re:<br>　　　Tonya L. Honey<br><br>　　　　　　Debtor. | Case No.:　　23-18253<br><br>Chapter:　　13<br><br>Judge:　　ABA |

## CERTIFICATION OF SERVICE

1. I, June Pryor

    ☐ represent ___ in the this matter.

    ☒ am the secretary/paralegal for Carrie J. Boyle, Esq., who represents Tonya L. Honey in the this matter.

    ☐ am the ___ in the this case and am representing myself.

2. On January 8, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:
   - Chapter 13 Debtor's Certification in Opposition to PNC Bank, NA's Motion for Relief from Stay

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:　January 8, 2026　　　　　　　　　　　　　/s/ June Pryor
　　　　　　　　　　　　　　　　　　　　　　　　Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Denise E. Carlon, Esq.<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | Attorney for Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Robert J. Malloy, Esq.<br>2 North Maple Avenue<br>Marlton, NJ 08053 | Attorney for Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Andrew B. Finberg Esq.<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Tonya Honey<br>3920 Amon ave<br>Pennsauken, NJ 08110 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |